**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>HAMILTON P. FOX III, *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:26cv1658-RJL |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Matthew J. Donnelly, Attorney,

United States Department of Justice, as counsel for the United States in the above captioned

case.

Respectfully submitted,

  */s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
 IL Bar No. 6281308
Attorney
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-2788
Email: matthew.donnelly@usdoj.gov

Dated:  June 4, 2026