**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:26-cv-01658-RJL** |
| **HAMILTON P. FOX III,** *et al.* | |
| **Defendants.** | |

## DISTRICT DEFENDANTS' CONSENT MOTION TO SET BRIEFING SCHEDULE

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4), Defendants Anna Blackburne-Rigsby, the District of Columbia Court of Appeals, and the District of Columbia (collectively, the "District Defendants") move with the consent of all other parties for a briefing schedule to govern all Defendants' anticipated, forthcoming motions to dismiss Plaintiff's Complaint.  The Parties have conferred and have agreed to the following proposed briefing schedule dates:

- All Defendants' motions to dismiss due July 10, 2026;

- Plaintiff's opposition(s) to Defendants' motions due August 17, 2026; and

- All Defendants' replies due September 10, 2026.

Rule 6(b)(1)(A) governs extensions of existing deadlines on a showing of good cause, and Rule 16(b)(4) provides for modifications of case schedules based on the same standard.  *Cf. Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining good cause generally exists where there is "valid reason for delay").

Here, Plaintiff's Complaint raises largely legal issues that are appropriate for resolution *via* motion to dismiss.  These issues, however, are numerous, go to constitutional as well as

statutory questions, and are asserted against multiple institutional defendants represented by three different sets of counsel.  The District Defendants submit that the number of issues, the additional time required for defense counsel to coordinate amongst themselves, and the intervening July 4 holiday constitute good cause supporting the Court's entry of the extended briefing schedule outlined above.  As noted, the Parties have conferred, and Plaintiff has offered its consent in exchange for the undersigned's agreement to accept service of process on the District Defendants by email.

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority. A proposed order follows, as required by LCvR 7(c).

Date:  June 4, 2026.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Mitchell P. Reich
MITCHELL P. REICH [1044671]
Senior Counsel to the Attorney General

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

/s/ Honey C. Morton
HONEY C. MORTON [1019878]
Assistant Chief, Equity Section, Civil Litigation Division

/s/ Conrad Z. Risher
CONRAD Z. RISHER [1044678]
ADAM J. TUETKEN [242215]
Assistant Attorneys General
KARTHIK P. REDDY [1048848]
Special Assistant Attorney General
400 6th Street, NW

Washington, D.C. 20001
Phone: (202) 417-5394
Email: conrad.risher@dc.gov

*Counsel for District Defendants*