**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **HAMILTON P. FOX, III**, in his official capacity as District of Columbia Disciplinary Counsel, *et al*., <br><br> *Defendants*. | No. 1:26-cv-1658-RJL |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Elizabeth B. Prelogar is substituted for Mitchell Reich, Conrad Z. Risher, and Adam J. Tuetken as lead counsel for Defendants (1) Anna Blackburne-Rigsby, in her official capacity as Chief Judge of the District of Columbia Court of Appeals, and (2) the District of Columbia Court of Appeals in the above-captioned case.  Mr. Reich, Mr. Risher, and Mr. Tuetken will continue to represent Defendant the District of Columbia.

Date:  June 24, 2026

Respectfully submitted,

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar (DC Bar No. 1011890)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com