**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>HAMILTON P. FOX, III,<br>in his official capacity as District of Columbia<br>Disciplinary Counsel, et al.,<br><br>        Defendants. | No. 1:26-cv-1658-RJL |

**NOTICE OF APPEARANCE**

Please take notice that Joseph Mead enters his appearance in this matter as counsel for the following defendants: (1) the D.C. Office of Disciplinary Counsel; (2) Hamilton P. Fox, III, in his official capacity as D.C. Disciplinary Counsel; and (3) Theodore (Jack) Metzler, in his official capacity as D.C. Assistant Disciplinary Counsel.

Date: July 10, 2026

Respectfully submitted,

*/s/ Joseph Mead*
JOSEPH MEAD (D.C. Bar No. 1740771)
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 589-8270
jmead@washingtonlitigationgroup.org