**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HAMILTON P. FOX III, *et al.*,**<br><br>**Defendants.** | **No. 1:26-cv-01658-RJL** |

**DEFENDANTS' CONSOLIDATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Hamilton P. Fox III, Theodore (Jack) Metzler, and the Office of Disciplinary Counsel (collectively, the ODC Defendants), Robert L. Walker and the Board on Professional Responsibility (collectively, the Board Defendants), the Honorable Anna Blackburne-Rigsby and the District of Columbia Court of Appeals (collectively, the Court Defendants), and the District of Columbia (the District) move to dismiss the United States' Complaint [1] under Federal Rules of Civil Procedure 12(b)(1), for lack of subject-matter jurisdiction, and 12(b)(6), for failure to state a claim.

A memorandum of points and authorities as well as a proposed order are attached. Because this Motion is dispositive, Defendants have not sought Plaintiff's consent. *See* LCvR 7(m).

Date: July 10, 2026

/s/ Elizabeth B. Prelogar
ELIZABETH B. PRELOGAR [1011890]
Joshua Revesz [1616617]
Elissa R. Lowenthal [90007735]
Dev P. Ranjan [90019329]
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Email: eprelogar@cooley.com

*Counsel for Anna Blackburne-Rigsby, in her official capacity as Chief Judge of the District of Columbia Court of Appeals, and the District of Columbia Court of Appeals*

/s/ Benjamin C. Mizer
BENJAMIN C. MIZER [204906]
Samuel I. Ferenc [1616595]
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Phone: (202) 942-5000
Email: benjamin.mizer@arnoldporter.com

*Counsel for Robert L. Walker, in his official capacity as Chair of the Board on Professional Responsibility, and the Board on Professional Responsibility*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Mitchell P. Reich
MITCHELL P. REICH [1044671]
Senior Counsel to the Attorney General

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

/s/ Honey C. Morton
HONEY C. MORTON [1019878]
Assistant Chief, Equity Section, Civil Litigation Division

/s/ Conrad Z. Risher
CONRAD Z. RISHER [1044678]
Adam J. Tuetken [242215]
Assistant Attorneys General
Karthik P. Reddy [1048848]
Special Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 279-1261
Email: mitchell.reich@dc.gov

*Counsel for the District of Columbia*

/s/ Sydney Foster
SYDNEY FOSTER [982340]
Joseph W. Mead [1740771]
Kyle R. Freeny [1684764]
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, DC 20006
Phone: (202) 521-8764
Email: sfoster@washingtonlitigationgroup.org

*Counsel for Hamilton P. Fox III, in his official capacity as District of Columbia Disciplinary Counsel; Theodore (Jack) Metzler, in his official capacity as District of Columbia Assistant Disciplinary Counsel; and the D.C. Office of Disciplinary Counsel*