# Exhibit B

Exhibit 1



**U.S. Department of Justice**

Office of the Deputy Attorney General

---

*Bradley Weinsheimer*                                      *Washington, D.C. 20530*
Associate Deputy Attorney General                         *202-305-7848*


Hamilton P. Fox, III
Disciplinary Counsel
Office of Disciplinary Counsel
515 5th Street, NW, Building A, Rm 117
Washington, D.C. 20001
Via email:  foxp@dcodc.org

Dear Mr. Fox:

This responds to your request that the Department of Justice (Department) authorize certain current and former Department employees to provide the Office of Disciplinary Counsel with information relating to your investigation of Jeffrey B. Clark, a member of the D.C. Bar and formerly an Assistant Attorney General and Acting Assistant Attorney General in the Department.

Specifically, your letter of December 2, 2021 to the Department states that, based upon a referral you received from the Chairman of the United States Senate Committee on the Judiciary, "you are investigating conduct that occurred between December 28, 2020, and January 4, 2021, that involved an attempt to send a letter to certain officials in Georgia stating that the Department was investigating election fraud claims and had information that the election results in several states were defective and unreliable."  Letter from Hamilton P. Fox, III to Jeffrey R. Ragsdale dated December 2, 2021 (Fox Letter).  Your letter notes that, "the allegations are that Mr. Clark attempted to have Acting Attorney General Jeffrey A. Rosen and Principal Associate Deputy Attorney General Richard Donoghue send the letter in question. Over the course of several days, Mr. Rosen and Mr. Donoghue met or spoke with Mr. Clark about this subject on several occasions. Both have given interviews on this subject to the Judiciary Committee, which has made them public."  Fox Letter at 2.

As your letter further explains, the Office of Disciplinary Counsel is an arm of the District of Columbia Court of Appeals, and your investigations are confidential unless and until charges are brought.  You also have stated that you do not seek classified information, investigatory records, or confidential source information. If you do not bring charges, the interviews will remain confidential and if public testimony is needed, you will protect any confidential information through protective orders.  *See* Fox Letter at 2.  You also correctly observe that there is ample precedent for Department employees being interviewed and even testifying about their work at the Department in other D.C. Bar disciplinary proceedings.

In light of the facts and circumstances presented in this matter, and noting that Department employees previously have been authorized to provide the information you seek to

congressional committees, and that much of that information already has been made public, the Department authorizes current and former Department employees Jeffrey A. Rosen, Richard Donoghue, Kenneth Klukowski, and Douglas G. Smith to provide information to the Office of Disciplinary Counsel and to testify at any D.C Bar disciplinary proceedings concerning what they may have learned while at the Department relating to the matter you have described in your letter.  This authorization is limited to the scope as described in your letter and is with the understanding that the information provided will remain confidential unless charges are brought, and that the Department be afforded the opportunity to identify any confidential information that should be protected should there be a need for public testimony or disclosure.

Please do not hesitate to contact me should you need any further assistance concerning this matter.

Sincerely,

*Bradley Weinsheimer*

Bradley Weinsheimer
Associate Deputy Attorney General