**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br> *Plaintiff*, | ) <br> ) <br> ) Civil Action No. 1:26-cv-01658-RJL <br> ) |
| v. | ) <br> ) |
| **HAMILTON P. FOX III, *et al.*,**<br> *Defendants*. | ) <br> ) <br> ) <br> ) |

**CONSENT MOTION OF FORMER PRESIDENTS OF THE DISTRICT OF COLUMBIA BAR, OTHER BAR LEADERS, BAR ORGANIZATIONS IN THE DISTRICT OF COLUMBIA, AND FORMER OFFICIALS OF THE DISTRICT OF COLUMBIA ATTORNEY DISCIPLINARY SYSTEM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**INTRODUCTION AND INTERESTS OF AMICI**

Pursuant to LCvR 7(o), this request for leave to file the attached *amicus curiae* brief is filed on behalf of (i) leaders of the legal profession in the Nation's Capital who have served as presidents, officers or governors of The District of Columbia Bar or of various District of Columbia based voluntary bar associations, (ii) various local bar associations in their institutional capacities, and (iii) former officials of the District of Columbia attorney disciplinary system. Many of the *amici* have served as lawyers in the federal government, particularly in the Department of Justice. Their names and relevant past affiliations are identified in Exhibit 1, attached to this motion.[1] These leaders and bar associations wish to file this amicus brief in support of Defendants' joint motion to dismiss. (ECF Document No. 23). Consistent with Local

---

[1] The individual bar leaders are seeking to participate as *amici* in their personal capacities and not as members of their law firms, companies, or employers.

Rule 7(m), we have been advised that counsel for Plaintiff and Defendants consent to the filing of this motion.

Each of the former District of Columbia Bar Presidents, officers, and governors seeking status as *amici curiae*, including the undersigned counsel, was elected at various points over the past five decades by the tens of thousands of lawyers authorized to practice law in the Nation's Capital.  The D.C. Bar is a "mandatory" or "unified" bar that was formed in 1972 as an official arm of the District of Columbia Court of Appeals.  The D.C. Bar is responsible for licensing lawyers and regulating the practice of law in Washington. The D.C. Bar is the second largest unified bar in the country.

The District of Columbia also has numerous private organizations of lawyers called "voluntary bars" that focus on professional development and advocacy but do not regulate the practice of law or discipline lawyers.  The other *amici* who join in this brief are former senior executive staff of the D.C. Bar, and former presidents of a number of those voluntary bar associations, including the Women's Bar Association, the Bar Association of the District of Columbia, National Bar Association, Washington Bar Association, and Trial Lawyers Association of Metropolitan Washington, DC.  In addition, the present leaders of seven voluntary bar associations -- Bar Association of the District of Columbia, Women's Bar Association of the District of Columbia,  Hispanic Bar Association of the District of Columbia, Trial Lawyers Association of Metropolitan Washington, DC, Metropolitan Washington Employment Lawyers Association,  National Bar Association, and the Washington Council of Lawyers  have voted to include their bar associations as *amici curiae.* The mission of these bar associations is described in more detail in the list below.

The former D.C. Bar presidents, D.C. Bar leaders and disciplinary officials signing this brief are of varying political affiliations.  We have conflicting perspectives on many issues of law and policy. In addition, the voluntary bar associations have varying missions and organizational goals and values.  But as present and former bar leaders and bar associations, each of us has promoted and acted to advance the core values of the D.C. Bar and public confidence in the legal profession.

In an action without any cognizable precedent, the U.S. Department of Justice ("DOJ") has interjected itself into the ongoing process by the District of Columbia courts to adjudicate whether the allegedly unethical conduct of a lawyer licensed in the District of Columbia can be exempted from the District of Columbia's well-established disciplinary rules and procedures simply by virtue of the lawyer's employment with the federal government.  *Amici* take no position on the details of any disciplinary case involving actual or proposed professional discipline, including the specific case that is the focus of the DOJ Complaint, except to note that the matter has yet to be resolved by the D.C. Courts.

But *amici* share a profound concern about the DOJ's frontal attack on the constitutional authority and independence of the D.C. Court of Appeals and potentially other licensing jurisdictions to ensure that lawyers practicing in the District of Columbia adhere to generally accepted standards of conduct and ethics, an essential role given the fiduciary relationship between lawyers and their clients. This system is essential to ensuring the quality of the legal services available to the people of District of Columbia and is of paramount importance in the case of lawyers who are exercising the full weight, stature, and authority of the United States.

Each of the signatories to this *amicus* brief believes that it is imperative that members of the D.C. legal community and particularly its leaders speak out publicly to the DOJ's

unprecedented and unconstitutional interference in a core function of the District of Columbia Courts, in direct violation of federal law.  The DOJ's arguments, if accepted, would erode the integrity and independence of the courts and undermine the public's confidence in the legal profession and our system of justice.

## **CONCLUSION**

For these reasons, we respectfully request that this Court enter the attached order granting leave to participate in this case as *amici curiae* and permit the filing of the attached *amicus* brief.

Dated: July 16, 2026                                        Respectfully submitted.

_____
Andrea C. Ferster
Law Offices of Andrea C. Ferster
D.C. Bar #384648
68 Beebe Pond Road
Canaan, NY 12029
Phone: 202-669-6311
Email: Andreaferster@gmail.co

*Of Counsel*
Philip Allen Lacovara
(D.C. Bar #194472)
4352 West Gulf Drive
Sanibel, FL 33957-5106
Phone: 239-472-2992
Email: placovara@gmail.com

Jonathan J. Rusch
(D.C. Bar #350603)
4600 Connecticut Avenue, N.W.
Washington, DC 20008
Phone: 202-494-8684
Email: jrusch@american.edu

4

**PROPOSED AMICI CURIAE**

(Each signatory to this *amicus* brief is identified by their specific category of bar service, their periods of service, plus other relevant experience, including prior service as officers of the Department of Justice)

### *Past Presidents of The District of Columbia Bar*
(appearing in their individual capacities)

Charles R. Work (1976-1977)
(U.S. Department of Justice:  Assistant U.S. Attorney, District of Columbia 1966-1973; Deputy Administrator, Law Enforcement Assistance Administration, 1973-1975)

Marna Tucker (1984-1985)
Member, Board on Professional Responsibility, 1977-1983

Philip Allen Lacovara (1988-1989)
(U.S. Department of Justice:  Deputy Solicitor General, 1972-1973, Counsel to Watergate Special Prosecutor, 1973-1974)

Robert N. Weiner (1995-1996)
Co-Chair, District of Columbia Bar Disciplinary System Review Committee 1991-1993, and Member, Disciplinary System Study Committee 2003-2006 (U.S. Department of Justice: Associate Deputy Attorney General, 2010-2012, Senior Counsel, Civil Rights Division, 2022-2025)

Myles V. Lynk (1996-1997)
Senior Assistant Disciplinary Counsel, Office of Disciplinary Counsel, 2019-2022

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

5

John C. Cruden (2005-2006)
(U.S. Department of Justice: Senate Confirmed Assistant Attorney General for the Environment and Natural Resources Division (ENRD) 2015 - 2017; ENRD Deputy Assistant Attorney General, 1995 - 2011; ENRD Environmental Enforcement Section Chief, 1991-1995)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea C. Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Susan M. Hoffman (2019-2020)

Charles R. Lowery, Jr. (2023-2024)


***Former Officers and Governors of The District of Columbia Bar***
(appearing in their individual capacities and listed alphabetically)

Brooksley Born, Secretary, 1975-1976, Board of Governors, 1976-1979

Carol Elder Bruce, Board of Governors, 1994-1997 and 1997-2000

William F. Causey, Board of Governors,1996-1999
(U.S. Department of Justice: Assistant Counsel, Office of Professional Responsibility, 2008-2011)

Daryl A. Chamblee, Secretary, 1985-1986, Board of Governors, 1986-1989

H. Guy Collier, Board of Governors, 2010-2013
(U.S. Department of Justice: Special Trial Attorney, Civil Division, Torts
Branch, 1980-1981, detailed from U.S. Department of Health and Human
Services, Office of General Counsel)

James E. Coleman, Jr., Treasurer, 1983-1984, Board of Governors, 1984-
1990
Frederick D. Cooke, Jr., Board of Governors, 1994-1997

Devarieste Curry, Board of Governors, 1995-2001; Member, Disciplinary
System Study Committee, 2003-2006

Gilberto de Jesus, Treasurer, 1994-1005, Board of Governors, 1995-1998

David Epstein, Secretary, 1977-1978, District of Columbia Bar Disciplinary
Board, 1972-1976; Adjunct Professor on Professional Responsibility,
Georgetown University Law Center

Ann K. Ford, Board of Governors, 2015-2018

Elizabeth Sarah Gere, Board of Governors, 2018-2024, Board on
Professional Responsibility Hearing Committee, 1994-2000
(U.S. Department of Justice, Trial Attorney, Criminal Division, 1975-1976;
Trial Attorney, Assistant Branch Director, Senior Trial Counsel, Civil
Division 1976-1980, 1986-1987; Assistant U.S. Attorney, Chief, Civil
Division, Southern District, Ohio, 1980-1985; Assistant Director, Attorney
General's Advocacy Institute, 1985-1986)

Nathalie F.P. Gilfoyle, Board of Governors, 2004-2007

Jeffrey S. Gutman, Treasurer, 2011-2012, Board of Governors, 2012-2015
(U.S. Department of Justice: Trial Attorney, Federal Programs Branch, Civil
Division, 1987-1994)

Janine D. Harris, Board of Governors, 1985-1988

Micheal M. Hicks, Board of Governors, 1996-1997

7

Su Sie Ju, Board of Governors, 2019-2022

Sara Kropf, Secretary, 2013-2014
Annette K. Kwok, Board of Governors, 2016-2019

Mira Nan Marshall, Secretary, 2003-2004

Alan B. Morrison, Board of Governors, 1975-1978 and 1980-1986
(U.S. Department of Justice: Assistant U.S. Attorney, Southern District of
New York, 1968-1972)

Amy E. Nelson, Treasurer, 2018-2019, Board of Governors, 2019-2022

Linda E. Perle, Board of Governors, 1993-1996

Don Resnikoff, Treasurer, 2007-2008

Florence Wagman Roisman, Board of Governors, 1972-1979
(U.S. Department of Justice: Attorney, Appellate Section, Civil Division,
1964-1967)

Lois Schiffer, Board of Governors,1979-1982, and 1983-1989
(U.S. Department of Justice: Assistant Attorney General, Environment and
Natural Resources Division, 1993-2001)

Gigi B. Sohn, Board of Governors, 1997-2000

Leslie T. Thornton, Board of Governors, 2018-2021

Benjamin F. Wilson, Board of Governors, 2008-2011 and 2014-2018

Peter H. Wolf, Secretary, 1971-1973, Board of Governors, 1974-1977
Retired Associate Judge, Superior Court of the District of Columbia, 1979-
1994, Senior Judge,1994-2018
(U.S. Department of Justice: President's Commission on Crime in the
District of Columbia,1965-1966)


***Former Senior Executive Staff of The District of Columbia Bar***

8

Katherine A. Mazzaferri, Executive Director, 1982-2010, Chief Executive Officer, 2010-2017

Cynthia D. Hill, Assistant Executive Director for Programs, 1990-2010, Chief Programs Officer, 2010- 2017

Maureen Thornton Syracuse, D.C. Bar Pro Bono Center, Director/Executive Director, 1992-2011

## *Former District of Columbia Disciplinary and Ethics Officials*

Martin Baach, District of Columbia Board on Professional Responsibility, 2001-2007, Chair: 2004-2007

Patricia A. Brannan, District of Columbia Board on Professional Responsibility, 1994-2001; Vice Chair, 1996-1998; Chair, 1998-2001

John M. Ferren, District of Columbia Bar Disciplinary Board, 1972-1976, Retired Associate Judge, District of Columbia Court of Appeals, 1977-1997; Senior Judge, 1999-2023, Corporation Counsel for the District of Columbia, 1997-1999

Joanne Doddy Fort, District of Columbia Board on Professional Responsibility, 1997-2003; Vice Chair, 1998-2001; Chair 2001-2003

Joan Goldfrank, Executive Attorney, District of Columbia Board on Professional Responsibility, 1985-1994
Retired Magistrate Judge, Superior Court of District of Columbia, 2002-2012
(U.S. Department of Justice: Staff Attorney, Office of Professional Responsibility, 1994-1996; Senior Attorney, Environment and Natural Resources Division, 1996-1997; Deputy, Professional Responsibility Advisory Office, 1997-2002)

Elizabeth Herman, Senior Bar Counsel and Assistant Bar Counsel, D.C. Office of Disciplinary Counsel, 1984-2018; Deputy Disciplinary Counsel, 2006-2018

Dwight D. Murray, Member, Legal Ethics Committee, and Chair, Grievance Committee, U.S. District Court for the District of Columbia

Wallace E. Shipp, Jr., Assistant Bar Counsel, 1980-1983; Deputy Bar Counsel 1983-2005, Bar Counsel/Disciplinary Counsel, 2005-2017
Allen Snyder, Chair, District of Columbia Board on Professional Responsibility, 1982-1984; Treasurer, District of Columbia Bar, 1977-1978

## *Past Presidents of Voluntary Bars*
(appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, President, Women's Bar Association of the District of Columbia (2013-2014)

Mark W. Atwood, President, DC Chapter, InterAmerican Bar Association (2025-2026)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024); President, The Counsellors, District of Columbia (2024-2025)

Joel P. Bennett, President, Bar Association of the District of Columbia (1992-1993)

Mary L. Blatch, President, Women's Bar Association of the District of Columbia (2024-2025)

Paulette E. Chapman, President, Women's Bar Association of the District of Columbia (2003-2004); President, Bar Association of the District of Columbia (2007-2008)

Daniel Trujillo Esmeral, President, Hispanic Bar Association of the District of Columbia (2025-2026)

Karen E. Evans, President, Washington Bar Association (2014-2016); President, Trial Lawyers Association of Metropolitan Washington, DC (2012)

L. Palmer Foret, President, Trial Lawyers Association of Metropolitan Washington, DC (2003-2004); D.C. Chapter President, American Board of Trial Advocates (2011-2013)

Kathleen Gunning, President, Women's Bar Association of the District of Columbia (1991-1992)

Christopher G. Hoge, President, Bar Association of the District of Columbia (1998-1999)

Gerald I. Holtz, President, Trial Lawyers Association of Metropolitan Washington, DC (1986-1987)

Ronald C. Jessamy, Sr., President, Washington Bar Association (2008-2010)

Mary Ellen Fleck Kleiman, President, Women's Bar Association of the District of Columbia Foundation (2024-2026)

William E. Lawler, III, President, Bar Association of the District of Columbia (2003-2004)
(U.S. Department of Justice: Assistant United States Attorney for the District of Columbia, 1989-1996)

Avi Kumin, President, Metropolitan Washington Employment Lawyers Association (2025-2027)

Nancy Aliquo Long, President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, President, Trial Lawyers Association of Metropolitan Washington, DC (2013-2014);
(U.S. Department of Justice: Trial Attorney, Civil Rights Division, Voting Section, 1985-1988)

Patrick Malone, President, Trial Lawyers Association of Metropolitan Washington, DC (2004-2005)

Lorelie S. Masters, President, Women's Bar Association of the District of Columbia (2007-2008)

M. Elizabeth Medaglia, President, Women's Bar Association of the District of Columbia (1982-1983): President, Assistant United States Attorneys Association for the District of Columbia, (1982-1984)
(U.S. Department of Justice: Assistant United States Attorney, District of Columbia, 1974-1979)

Patrick M. Regan, President, Trial Lawyers Association of Metropolitan Washington, DC (1991-1992)

Melissa Rhea, President, Trial Lawyers Association of Metropolitan Washington, DC (2006-2007)

Diana Savit, President, Women's Bar Association of the District of Columbia (1993-1994)

Gregory S. Smith, President, Bar Association of the District of Columbia (2011-2012); President, Atlanta Bar Association (1998-1999)

Keith W. Watters, President, Bar Association of the District of Columbia (2006-2007); Washington Bar Association (1988-1990), National Bar Association (1995-1996)

### _District of Columbia Voluntary Bar Associations_

### Bar Association of the District of Columbia (BADC)

BADC is a non-profit voluntary bar association that seeks to promote civility, justice, and collegiality among members of the legal profession as well as access to legal services for all residents of the nation's capital.  The BADC is the first bar association founded in the District of Columbia in 1871, the same year that the U.S. Department of Justice was established. It is a zealous proponent of the Rule of Law, and the independence of the judiciary, law firms and lawyers.

### Hispanic Bar Association of the District of Columbia (HBA-DC)

HBA-DC is a non-profit established in 1977 serving lawyers and law students in the D.C. region. Committed to fostering professional growth, the HBA-DC runs multifaceted initiatives through scholarships, advocacy, pro bono activities, and community outreach. The HBA-DC's interest in this litigation stems from its dedication to the principles of promoting equal justice and opportunity; educating the community about relevant legal issues; and promoting the professional development of lawyers and law students, including those of Hispanic heritage.

### Metropolitan Washington Employment Lawyers Association (MWELA)

MWELA is a non-profit organization comprised of over 350 lawyers who regularly advise and represent employees in employment and civil rights disputes. MWELA is the local chapter of the National Employment Lawyers Association, a national organization of more than 3,000 lawyers dedicated to the advancement of employee rights. MWELA shares the amicus brief's concerns about the targeting of law firms for their client representations and their implementation of employee

DEI programs, and the chilling effect on the legal profession were the Executive Orders allowed to stand.

**National Bar Association (NBA)**

The National Bar Association (NBA), founded in 1925, is a non-profit voluntary bar association representing the interests of more than 65,000 African American lawyers, judges, law professors, and law students worldwide. The NBA is dedicated to advancing the administration of justice, protecting civil and political rights, and ensuring equal justice under law. The NBA's interest in this brief reflects its long-standing commitment to defending access to justice, safeguarding the independence of the legal profession, and protecting marginalized communities from discrimination.

**Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC)**

The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC) is a nonprofit voluntary bar association dedicated to preserving the civil justice system and promoting the rule of law. TLA-DC champions the constitutional right to trial by jury, supports access to justice for all, and works to protect public safety through legal accountability. The organization is a strong advocate for ethical advocacy, the independence of the legal profession, and the integrity of the courts.

**Washington Council of Lawyers (WCL)**

Washington Council of Lawyers (WCL) is a voluntary bar association committed to ensuring that our legal system treats everyone fairly, regardless of money, position, or power. Our members represent the legal community's diversity: They come from law firms, law schools, private and nonprofit organizations, and the government.

WCL promotes pro bono and public-interest law by building partnerships between the public, private, and nonprofit sectors; volunteering to provide legal services to those who need them; training and mentoring the next generation of public-interest advocates; and supporting policies that expand access to justice.

**Women's Bar Association of the District of Columbia (WBADC)**

The mission of the Women's Bar Association of the District of Columbia (WBADC) is to maintain the honor and integrity of the profession, promote the administration of justice, and advance and protect the interest of women lawyers. The WBADC envisions a world in which all women lawyers are empowered to

achieve personal and professional success and satisfaction, where all members are meaningfully connected, engaged, and mentored, and where diversity, equity, and inclusion are hallmarks of our programming and leadership. WBADC works through its advocacy voice and community service to improve the legal profession and society as a whole and promote the rule of law.