LIST OF AMICI CURIAE
(Each signatory to this *amicus* brief is identified by their specific category of bar service, their periods of service, plus other relevant experience, including prior service as officers of the Department of Justice)

*Past Presidents of The District of Columbia Bar*
(appearing in their individual capacities)

Charles R. Work (1976-1977)
(U.S. Department of Justice:  Assistant U.S. Attorney, District of Columbia 1966-1973; Deputy Administrator, Law Enforcement Assistance Administration, 1973-1975)

Marna Tucker (1984-1985)
Member, Board on Professional Responsibility, 1977-1983

Philip Allen Lacovara (1988-1989)
(U.S. Department of Justice:  Deputy Solicitor General, 1972-1973, Counsel to Watergate Special Prosecutor, 1973-1974)

Robert N. Weiner (1995-1996)
Co-Chair, District of Columbia Bar Disciplinary System Review Committee 1991-1993, and Member, Disciplinary System Study Committee 2003-2006 (U.S. Department of Justice: Associate Deputy Attorney General, 2010-2012, Senior Counsel, Civil Rights Division, 2022-2025)

Myles V. Lynk (1996-1997)
Senior Assistant Disciplinary Counsel, Office of Disciplinary Counsel, 2019-2022

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

1

John C. Cruden (2005-2006)
(U.S. Department of Justice: Senate Confirmed Assistant Attorney General for the Environment and Natural Resources Division (ENRD) 2015 - 2017; ENRD Deputy Assistant Attorney General, 1995 - 2011; ENRD Environmental Enforcement Section Chief, 1991-1995)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea C. Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Susan M. Hoffman (2019-2020)

Charles R. Lowery, Jr. (2023-2024)


***Former Officers and Governors of The District of Columbia Bar***
(appearing in their individual capacities and listed alphabetically)

Brooksley Born, Secretary, 1975-1976, Board of Governors, 1976-1979

Carol Elder Bruce, Board of Governors, 1994-1997 and 1997-2000

William F. Causey, Board of Governors,1996-1999
(U.S. Department of Justice: Assistant Counsel, Office of Professional Responsibility, 2008-2011)

Daryl A. Chamblee, Secretary, 1985-1986, Board of Governors, 1986-1989

H. Guy Collier, Board of Governors, 2010-2013
(U.S. Department of Justice: Special Trial Attorney, Civil Division, Torts
Branch, 1980-1981, detailed from U.S. Department of Health and Human
Services, Office of General Counsel)

James E. Coleman, Jr., Treasurer, 1983-1984, Board of Governors, 1984-1990
Frederick D. Cooke, Jr., Board of Governors, 1994-1997

Devarieste Curry, Board of Governors, 1995-2001; Member, Disciplinary
System Study Committee, 2003-2006

Gilberto de Jesus, Treasurer, 1994-1005, Board of Governors, 1995-1998

David Epstein, Secretary, 1977-1978, District of Columbia Bar Disciplinary
Board, 1972-1976; Adjunct Professor on Professional Responsibility,
Georgetown University Law Center

Ann K. Ford, Board of Governors, 2015-2018

Elizabeth Sarah Gere, Board of Governors, 2018-2024, Board on Professional
Responsibility Hearing Committee, 1994-2000
(U.S. Department of Justice, Trial Attorney, Criminal Division, 1975-1976;
Trial Attorney, Assistant Branch Director, Senior Trial Counsel, Civil Division
1976-1980, 1986-1987; Assistant U.S. Attorney, Chief, Civil Division,
Southern District, Ohio, 1980-1985; Assistant Director, Attorney General's
Advocacy Institute, 1985-1986)

Nathalie F.P. Gilfoyle, Board of Governors, 2004-2007

Jeffrey S. Gutman, Treasurer, 2011-2012, Board of Governors, 2012-2015
(U.S. Department of Justice: Trial Attorney, Federal Programs Branch, Civil
Division, 1987-1994)

Janine D. Harris, Board of Governors, 1985-1988

Micheal M. Hicks, Board of Governors, 1996-1997

Su Sie Ju, Board of Governors, 2019-2022

Sara Kropf, Secretary, 2013-2014
Annette K. Kwok, Board of Governors, 2016-2019

Mira Nan Marshall, Secretary, 2003-2004

Alan B. Morrison, Board of Governors, 1975-1978 and 1980-1986
(U.S. Department of Justice: Assistant U.S. Attorney, Southern District of New York, 1968-1972)

Amy E. Nelson, Treasurer, 2018-2019, Board of Governors, 2019-2022

Linda E. Perle, Board of Governors, 1993-1996

Don Resnikoff, Treasurer, 2007-2008

Florence Wagman Roisman, Board of Governors, 1972-1979
(U.S. Department of Justice: Attorney, Appellate Section, Civil Division, 1964-1967)

Lois Schiffer, Board of Governors,1979-1982, and 1983-1989
(U.S. Department of Justice: Assistant Attorney General, Environment and Natural Resources Division, 1993-2001)

Gigi B. Sohn, Board of Governors, 1997-2000

Leslie T. Thornton, Board of Governors, 2018-2021

Benjamin F. Wilson, Board of Governors, 2008-2011 and 2014-2018

Peter H. Wolf, Secretary, 1971-1973, Board of Governors, 1974-1977
Retired Associate Judge, Superior Court of the District of Columbia, 1979-1994, Senior Judge,1994-2018
(U.S. Department of Justice: President's Commission on Crime in the District of Columbia,1965-1966)


***Former Senior Executive Staff of The District of Columbia Bar***


4

Katherine A. Mazzaferri, Executive Director, 1982-2010, Chief Executive Officer, 2010-2017
Cynthia D. Hill, Assistant Executive Director for Programs, 1990-2010, Chief Programs Officer, 2010- 2017

Maureen Thornton Syracuse, D.C. Bar Pro Bono Center, Director/Executive Director, 1992-2011

## *Former District of Columbia Disciplinary and Ethics Officials*

Martin Baach, District of Columbia Board on Professional Responsibility, 2001-2007, Chair: 2004-2007

Patricia A. Brannan, District of Columbia Board on Professional Responsibility, 1994-2001; Vice Chair, 1996-1998; Chair, 1998-2001

John M. Ferren, District of Columbia Bar Disciplinary Board, 1972-1976, Retired Associate Judge, District of Columbia Court of Appeals, 1977-1997; Senior Judge, 1999-2023, Corporation Counsel for the District of Columbia, 1997-1999

Joanne Doddy Fort, District of Columbia Board on Professional Responsibility, 1997-2003; Vice Chair, 1998-2001; Chair 2001-2003

Joan Goldfrank, Executive Attorney, District of Columbia Board on Professional Responsibility, 1985-1994
Retired Magistrate Judge, Superior Court of District of Columbia, 2002-2012 (U.S. Department of Justice: Staff Attorney, Office of Professional Responsibility, 1994-1996; Senior Attorney, Environment and Natural Resources Division, 1996-1997; Deputy, Professional Responsibility Advisory Office, 1997-2002)

Elizabeth Herman, Senior Bar Counsel and Assistant Bar Counsel, D.C. Office of Disciplinary Counsel, 1984-2018; Deputy Disciplinary Counsel, 2006-2018

Dwight D. Murray, Member, Legal Ethics Committee, and Chair, Grievance Committee, U.S. District Court for the District of Columbia

Wallace E. Shipp, Jr., Assistant Bar Counsel, 1980-1983; Deputy Bar Counsel 1983-2005, Bar Counsel/Disciplinary Counsel, 2005-2017

Allen Snyder, Chair, District of Columbia Board on Professional Responsibility, 1982-1984; Treasurer, District of Columbia Bar, 1977-1978

## *Past Presidents of Voluntary Bars*
(appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, President, Women's Bar Association of the District of Columbia (2013-2014)

Mark W. Atwood, President, DC Chapter, InterAmerican Bar Association (2025-2026)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024); President, The Counsellors, District of Columbia (2024-2025)

Joel P. Bennett, President, Bar Association of the District of Columbia (1992-1993)

Mary L. Blatch, President, Women's Bar Association of the District of Columbia (2024-2025)

Paulette E. Chapman, President, Women's Bar Association of the District of Columbia (2003-2004); President, Bar Association of the District of Columbia (2007-2008)

Daniel Trujillo Esmeral, President, Hispanic Bar Association of the District of Columbia (2025-2026)

Karen E. Evans, President, Washington Bar Association (2014-2016); President, Trial Lawyers Association of Metropolitan Washington, DC (2012)

L. Palmer Foret, President, Trial Lawyers Association of Metropolitan Washington, DC (2003-2004); D.C. Chapter President, American Board of Trial Advocates (2011-2013)

Kathleen Gunning, President, Women's Bar Association of the District of Columbia (1991-1992)

Christopher G. Hoge, President, Bar Association of the District of Columbia (1998-1999)

Gerald I. Holtz, President, Trial Lawyers Association of Metropolitan Washington, DC (1986-1987)

Ronald C. Jessamy, Sr., President, Washington Bar Association (2008-2010)

Mary Ellen Fleck Kleiman, President, Women's Bar Association of the District of Columbia Foundation (2024-2026)

William E. Lawler, III, President, Bar Association of the District of Columbia (2003-2004)
(U.S. Department of Justice: Assistant United States Attorney for the District of Columbia, 1989-1996)

Avi Kumin, President, Metropolitan Washington Employment Lawyers Association (2025-2027)

Nancy Aliquo Long, President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, President, Trial Lawyers Association of Metropolitan Washington, DC (2013-2014);
(U.S. Department of Justice: Trial Attorney, Civil Rights Division, Voting Section, 1985-1988)

Patrick Malone, President, Trial Lawyers Association of Metropolitan Washington, DC (2004-2005)

Lorelie S. Masters, President, Women's Bar Association of the District of Columbia (2007-2008)

M. Elizabeth Medaglia, President, Women's Bar Association of the District of Columbia (1982-1983): President, Assistant United States Attorneys Association for the District of Columbia, (1982-1984)
(U.S. Department of Justice: Assistant United States Attorney, District of Columbia, 1974-1979)

Patrick M. Regan, President, Trial Lawyers Association of Metropolitan Washington, DC (1991-1992)

Melissa Rhea, President, Trial Lawyers Association of Metropolitan Washington, DC (2006-2007)

Diana Savit, President, Women's Bar Association of the District of Columbia (1993-1994)

Gregory S. Smith, President, Bar Association of the District of Columbia (2011-2012); President, Atlanta Bar Association (1998-1999)

Keith W. Watters, President, Bar Association of the District of Columbia (2006-2007); Washington Bar Association (1988-1990), National Bar Association (1995-1996)

### *District of Columbia Voluntary Bar Associations*

### Bar Association of the District of Columbia (BADC)

BADC is a non-profit voluntary bar association that seeks to promote civility, justice, and collegiality among members of the legal profession as well as access to legal services for all residents of the nation's capital.  The BADC is the first bar association founded in the District of Columbia in 1871, the same year that the U.S. Department of Justice was established. It is a zealous proponent of the Rule of Law, and the independence of the judiciary, law firms and lawyers.

### Hispanic Bar Association of the District of Columbia (HBA-DC)

HBA-DC is a non-profit established in 1977 serving lawyers and law students in the D.C. region. Committed to fostering professional growth, the HBA-DC runs multifaceted initiatives through scholarships, advocacy, pro bono activities, and community outreach. The HBA-DC's interest in this litigation stems from its dedication to the principles of promoting equal justice and opportunity; educating the community about relevant legal issues; and promoting the professional development of lawyers and law students, including those of Hispanic heritage.

### Metropolitan Washington Employment Lawyers Association (MWELA)

MWELA is a non-profit organization comprised of over 350 lawyers who regularly advise and represent employees in employment and civil rights disputes. MWELA is the local chapter of the National Employment Lawyers Association, a national organization of more than 3,000 lawyers dedicated to the advancement of employee rights. MWELA shares the amicus brief's concerns about the targeting of law firms for their client representations and their implementation of employee DEI programs, and the chilling effect on the legal profession were the Executive Orders allowed to stand.

### National Bar Association (NBA)

The National Bar Association (NBA), founded in 1925, is a non-profit voluntary bar association representing the interests of more than 65,000 African American lawyers, judges, law professors, and law students worldwide. The NBA is dedicated to advancing the administration of justice, protecting civil and political rights, and ensuring equal justice under law. The NBA's interest in this brief reflects its long-standing commitment to defending access to justice, safeguarding the independence of the legal profession, and protecting marginalized communities from discrimination.

**Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC)**

The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC) is a nonprofit voluntary bar association dedicated to preserving the civil justice system and promoting the rule of law. TLA-DC champions the constitutional right to trial by jury, supports access to justice for all, and works to protect public safety through legal accountability. The organization is a strong advocate for ethical advocacy, the independence of the legal profession, and the integrity of the courts.

**Washington Council of Lawyers (WCL)**

Washington Council of Lawyers (WCL) is a voluntary bar association committed to ensuring that our legal system treats everyone fairly, regardless of money, position, or power. Our members represent the legal community's diversity: They come from law firms, law schools, private and nonprofit organizations, and the government.

WCL promotes pro bono and public-interest law by building partnerships between the public, private, and nonprofit sectors; volunteering to provide legal services to those who need them; training and mentoring the next generation of public-interest advocates; and supporting policies that expand access to justice.

**Women's Bar Association of the District of Columbia (WBADC)**

The mission of the Women's Bar Association of the District of Columbia (WBADC) is to maintain the honor and integrity of the profession, promote the administration of justice, and advance and protect the interest of women lawyers. The WBADC envisions a world in which all women lawyers are empowered to achieve personal and professional success and satisfaction, where all members are meaningfully connected, engaged, and mentored, and where diversity, equity, and inclusion are hallmarks of our programming and leadership. WBADC works through its advocacy voice and community service to improve the legal profession and society as a whole and promote the rule of law.