*United States of America v. Fox*, Civil No. 26-1658-RJL (D.D.C.)

## APPENDIX

## List of *Amici Curiae*

1.  **Sandra R. Acosta**
    Senior Trial Attorney, Criminal Division

2.  **Mark D. Agrast**
    Deputy Assistant Attorney General, Office of Legislative Affairs

3.  **Carolyn E. Alden**
    Trial Attorney, Antitrust Division

4.  **Lawrence J. Aldrich**
    Senior Legal Counsel, Antitrust Division

5.  **Gary R. Allen**
    Chief, Appellate Section, Tax Division

6.  **Albert W. Alschuler**
    Special Assistant to the Assistant Attorney General, Criminal Division

7.  **Daniel R. Anderson**
    Deputy Director, Fraud Section, Civil Division

8.  **David Anderson**
    Director, Federal Programs Branch, Civil Division

9.  **M. Taylor Aspinwall**
    Acting Criminal Chief, United States Attorney's Office, Eastern District of
    Pennsylvania;
    Trial Attorney, Civil Rights Division

10. **Sim J. Singh Attariwala**
    Director, Center for Faith-Based and Neighborhood Partnerships,
    Community Relations Service

11. **Edna Ball Axelrod**
    Chief, Appeals, U.S. Attorney's Office, District of New Jersey

A-1

12. **Jonathan L. Backer**
Attorney, Civil Rights Division

13. **Michael W. Bailie**
Director, Office of Legal Education

14. **Donald I. Baker**
Assistant Attorney General, Antitrust Division

15. **Mark T. Baker**
Assistant United States Attorney

16. **Robert Baker**
Senior Trial Attorney

17. **Brendan Ballou**
Special Counsel, Antitrust Division

18. **D. Scott Barash**
Trial Attorney, Federal Programs Branch, Civil Division

19. **Lewis M. Barr**
Senior Trial Counsel

20. **Margaret Lee Baskette**
Senior Counsel

21. **Barbara Bearnson**
Criminal Chief and Acting First Assistant, U.S. Attorney's Office, District of Utah

22. **James M. Becker**
Chief, Major Crimes Section, U.S. Attorney;s Office, Eastern District of Pennsylvania

23. **David Becker**
Trial Attorney, Voting Section, Civil Rights Division

24. **Daniel C. Beckhard**
Assistant Inspector General, Office of the Inspector General

25. **Craig A. Benedict**
Assistant United States Attorney, Northern District of New York

A-2

26. **Harry R. Benner**
Chief, Trial/GrandJury Section, U.S. Attorney's Office, District of Columbia

27. **John H. Bennett**
Assistant United States Attorney

28. **Bruce J. Berger**
Senior Trial Attorney, Civil Rights Division, Criminal Section

29. **Paul B. Bergman**
Chief, Appeals Division, U.S. Attorney's Office, Eastern District York

30. **Andrea L. Berlowe**
Assistant Section Chief, Environmental Enforcement Section, Environment and Natural Resources Division

31. **Rick Berne**
Assistant United States Attorney, Eastern District of New York and Northern District of California

32. **Charles Bernstein**
Assistant United States Attorney

33. **Sherri Berthrong**
Assistant United States Attorney

34. **Anurima Bhargava**
Chief, Educational Opportunities Section, Civil Rights Division

35. **Rupa Bhattacharyya**
Director, Torts Branch, Civil Division;
Special Master, September 11th Victim Compensation Fund

36. **Barbara K. Bisno**
Assistant United States Attorney

37. **Kristine Blackwood**
Health Care Fraud Coordinator, Executive Office for United States Attorneys

38. **Paul Blaine**
Chief, Civil Division, U.S. Attorney's Office, District of New Jersey

39. **Kathryn Naegeli Boling**
Trial Attorney

A-3

40. **Helen M. Bollwerk**
Executive Assistant United States Attorney for Management, District of Columbia;
Deputy Pardon Attorney

41. **Richard Boote**
Senior Trial Attorney

42. **Tressa J. Borland**
Senior Trial Attorney

43. **Susan Bowers**
Senior Trial Attorney, Civil Rights Division

44. **Esther G. Boynton**
Trial Attorney, Civil Division

45. **Kyle Boynton**
Trial Attorney, Civil Rights Division

46. **Joyce R. Branda**
Deputy Assistant Attorney General, Civil Division

47. **Jay I. Bratt**
Chief, Counterintelligence and Export Control Section, National Security Division

48. **Michael R. Bromwich**
Inspector General

49. **Robert Brook**
Assistant Section Chief, Environment and Natural Resources Division

50. **Jo Brooks**
Trial Attorney, Torts Branch, Civil Division

51. **Linda S. Bruggeman**
Attorney-Advisor, Office of Legislative Affairs

52. **Norman E. Bruner**
Senior Resident Special Agent, Federal Bureau of Investigation

53.    **Aurora Bryant**
Senior Counsel for Litigation, Office of the Assistant Attorney General, Civil Rights Division

54.    **Patricia L. Buchanan**
Assistant United States Attorney, Southern District of New York

55.    **Don Burkhalter**
Interim United States Attorney, Southern District of Mississippi

56.    **William Burlington**
Deputy General Counsel, Bureau of Prisons

57.    **Jerome A. Busch**
Trial Attorney, Tax Division

58.    **Mark Califano**
Assistant United States Attorney, District of Connecticut

59.    **Dana M. Camilleri**
Senior Trial Attorney, Office of Immigration Litigation, Civil Division

60.    **Carina J. Campobasso**
Trial Attorney, Civil Trial Section-Northern, Tax Division,

61.    **Steve W. Canfil**
Trial Attorney, Organized Crime Section

62.    **Kathleen Canning-Mello**
Unit Chief, Federal Bureau of Investigation

63.    **Doug Cannon**
Senior Litigation Counsel, U.S. Attorney's Office, Middle District of North Carolina

64.    **Mary E. Carney**
Trial Attorney, Civil Division

65.    **Leslie A. Carothers**
Trial Attorney, Antitrust Division

66.    **Gilbert Paul Carrasco**
Special Assistant to Deputy Assistant Attorney General, Civil Rights Division

67. **Jennifer C. Cass**
Senior Trial Attorney, Housing and Civil Enforcement Section, Civil Rights Division

68. **William F. Causey**
Assistant Counsel, Office of Professional Responsibility

69. **Subodh Chandra**
Assistant United States Attorney, Northern District of Ohio

70. **Alec Chapa**
Conciliation Specialist, Community Relations Service

71. **Vicki G. Cheikes**
Senior Trial Attorney, Northern Region, Tax Division

72. **Christine Chenevert**
Assistant United States Attorney

73. **Claire Chevrier**
Senior Trial Attorney, Educational Opportunities Section, Civil Rights Division,

74. **Alexander D. Chiquoine**
Assistant United States Attorney, District of Minnesota

75. **Arthur D. Chotin**
Trial Attorney, Civil Rights Division

76. **Ty Cobb**
Mid-Atlantic Regional Coordinator, Organized Crime and Drug Enforcement Task Force and Chief, Criminal Division, U.S. Attorney's Office, District of Maryland

77. **David M. Cohen**
Director, Commercial Litigation Branch, Civil Division

78. **Ronald Cole**
Assistant United States Attorney

79. **William G. Cole**
Attorney, Appellate Staff, Civil Division

80. **Matthew M. Collette**
Deputy Director, Appellate Staff, Civil Division

81. **Vince Connelly**
Assistant United States Attorney, Northern District of Illinois

82. **Kelsi Brown Corkran**
Attorney, Appellate Staff, Civil Division

83. **Michael W. Cotter**
United States Attorney, District of Montana

84. **Raymond J. Coughlan, Jr.**
Assistant United States Attorney

85. **Susan Cowger**
Senior Litigation Counsel, U.S. Attorney's Office, Northern District of Texas

86. **Marianne Cox**
Assistant United States Attorney

87. **Ronda Cress**
Attorney-Advisor, Disability Rights Section, Civil Rights Division

88. **Sara Criscitelli**
Assistant Director, Office of International Affairs, Criminal Division

89. **Martin Cronion**
Deputy Chief, Criminal Division, U.S. Attorney's Office, District of New Jersey

90. **Cody Justin Crutchley**
Special Agent

91. **Stephen Csontos**
Senior Legislative Counsel and Ethics Officer, Tax Division

92. **Katherine Culliton-González**
Senior Attorney, Voting Section, Civil Rights Division

93. **P. Michael Cunningham**
Assistant United States Attorney

94. **Karen Czapanskiy**
Attorney-Advisor

95. **John F. Daly**
Special Counsel, Appellate Staff, Civil Division

96. **Jonathan (Jed) E. Davis**
Assistant United States Attorney, Criminal Division, Eastern District of New York

97. **Adria De Landri**
Assistant United States Attorney

98. **John F. De Pue**
Senior Appellate Counsel, National Security Division

99. **Patrick E. Deady**
Assistant United States Attorney, Northern District of Illinois

100. **Joseph G. DeGaetano**
Assistant United States Attorney, Eastern District of Tennessee and District of Columbia

101. **Pedro Delemos**
Senior Trial Attorney

102. **Maureen DeMaio**
Assistant United States Attorney, Northern District of Illinois

103. **R. Lawrence Dessem**
Senior Trial Counsel

104. **Eric L. Dobberteen**
Assistant United States Attorney, Central District of California

105. **Judith Dobkin**
Assistant United States Attorney

106. **Michael H. Dolinger**
Deputy Chief, Civil Division, U.S. Attorney's Office, Southern District of New York

107. **Sean Hoe Donahue**
Attorney, Appellate Section, Environment and Natural Resources Division

108. **David A. Dopsovic**
Trial Attorney, Antitrust Division

109. **Edward L. Dowd, Jr.**
United States Attorney, Eastern District of Missouri

110. **Timothy J. Dowling**
Unit Chief, Office of Professional Responsibility, Federal Bureau of Investigation

111. **Andrew J. Doyle**
Senior Attorney, Environment and Natural Resources Division

112. **Geoffrey Doyle**
Supervisory Special Agent, Federal Bureau of Investigation

113. **Robert G. Dreher**
Acting Assistant Attorney General, Environment and Natural Resources Division

114. **Robert Michael Duffey**
Assistant United States Attorney, Western District of Texas

115. **Felice Duffy**
Assistant United States Attorney,  Criminal Division, District of Connecticut

116. **Donna DuHadway**
Special Agent, Federal Bureau of Investigation

117. **Claudia Hastings Dulmage**
Special Assistant to the Assistant Attorney General, Antitrust Division

118. **Anita Dymant**
Assistant United States Attorney

119. **Ronnie Edelman**
Principal Deputy Chief, Counterterrorism Section, National Security Division

120. **Marsha Stelson Edney**
Senior Trial Counsel, Federal Programs Branch, Civil Division

121. **David Eisenberg**
Assistant United States Attorney

122. **Cecelia M. Espenoza**
Senior Associate General Counsel/Appellate Immigration Judge, Executive
Office of Immigration Review

123. **Gregory T. Everts**
Trial Attorney, Office of Consumer Litigation, Civil Division

124. **Leanne Fallin**
Trial Attorney, Office of International Affairs, Criminal Division

125. **Brian J. Farnkoff**
Senior Counsel, Office of Legal Policy

126. **Donald J. Fay**
Chief of Appeals

127. **Jonathan S. Feld**
Associate Deputy Attorney General;
Assistant United States Attorney, District of New Jersey

128. **Sarah E. Feldman**
Deputy Chief, Civil Division, U.S. Attorney's Office, District of Oregon

129. **Kathleen A. Felton**
Deputy Chief, Appellate Section, Criminal Division

130. **Edward T. Ferguson III**
Deputy Chief, Civil Division, U.S. Attorney's Office, Southern District of New
York

131. **Albert M. Ferlo**
Trial Attorney, Environment and Natural Resources Division

132. **Louis M. Fischer**
Senior Attorney, Appellate Section, Criminal Division

133. **Walter Benjamin Fisherow**
Section Chief, Environmental Enforcement Section, Environment and
Natural Resources Division

134. **Norajean M. Flanagan**
Deputy Chief, Criminal Section, Civil Rights Division

135. **Catherine M. Flanagan**
Trial Attorney, Environment and Natural Resources Division

136. **Roberta K. Flowers**
Assistant United States Attorney

137. **Diana Flynn**
Chief, Appellate Section, Civil Rights Division

138. **Clay Fong**
Conciliation Specialist, Community Relations Service

139. **M. Christine Fotopulos**
Attorney-Advisor, Civil Rights Division

140. **Steven I. Frahm**
Chief, Court of Federal Claims Section, Tax Division

141. **William S. Freeman**
Trial Attorney

142. **Daniel J. Freeman**
Trial Attorney, Voting Section, Civil Rights Division

143. **Andrew L. Frey**
Deputy Solicitor General

144. **Judith Friedman**
Senior Trial Attorney, Criminal Division

145. **Henry I. Frohsin**
First Assistant United States Attorney, Northern District of Alabama

146. **Yuri Fuchs**
Trial Attorney, Civil Division

147. **Robert P. Gallagher**
Trial Attorney, Civil Rights Division

148. **Harriett Galvin**
Assistant United States Attorney, Southern District of Florida

149. **Cecilia L. Gardner**
Assistant United States Attorney

150. **Lenore C. Garon**
Trial Attorney

151. **Timothy P. Garren**
Acting Deputy Assistant Attorney General, Civil Division

152. **Allan M. Garten**
Senior Litigation Counsel, U.S. Attorney's Office, District of Oregon

153. **Arthur E. Gary**
Deputy Assistant Attorney General, Justice Management Division

154. **Faith E. Gay**
Deputy Chief, Special Prosecutions, U.S. Attorney's Office, Eastern District of New York

155. **Kenneth S. Geller**
Deputy Solicitor General;
Assistant Special Prosecutor, Watergate Special Prosecution Force

156. **Gerald F. George**
Senior Lawyer

157. **Elizabeth Sarah Gere**
Senior Trial Counsel, Federal Programs Branch, Civil Division

158. **Alan Gershel**
Deputy Assistant Attorney General, Criminal Division

159. **Stuart M. Gerson**
Acting Attorney General of the United States

160. **Robert Don Gifford**
Assistant United States Attorney, Human Trafficking Coordinator/Anti-Terrorism Coordinator/Indian Country Liaison

161. **James P. Gillis**
Assistant United States Attorney, Eastern District of Virginia

162. **Eileen Gleason**
Principal Assistant Chief, Environmental Crimes Section, Environment and Natural Resources Division

A-12

163.  **Paul Glickman**
      Trial Attorney, Criminal Division

164.  **Fara Gold**
      Special Litigation Counsel, Criminal Section, Civil Rights Division,

165.  **Arthur R. Goldberg**
      Assistant Director, Federal Programs Branch, Civil Division

166.  **Dan W. Goldfine**
      Trial Attorney, Antitrust Division

167.  **Marc L. Goldman**
      Assistant United States Attorney, Eastern District of Michigan

168.  **Greer S. Goldman**
      Principal Assistant Section Chief, Appellate Section, Environment and
      Natural Resources Division

169.  **Janet Goldstein**
      Assistant United States Attorney

170.  **Steven M. Gordon**
      Assistant United States Attorney

171.  **Denis F. Gordon**
      Deputy Section Chief, Civil Rights Division

172.  **Paul Gormley**
      Senior Counsel, Environmental Enforcement Section, Environment and
      Natural Resources Division

173.  **Peter J. Grabicki**
      Trial Attorney, Tax Division

174.  **Raymond Granger**
      Assistant United States Attorney

175.  **Paul L. Gray**
      Assistant United States Attorney, Eastern District of Pennsylvania

176.  **John Graybeal**
      Trial Attorney, Antitrust Division

177. **Bonnie S. Greenberg**
Assistant United States Attorney, District of Maryland

178. **Helaine Greenfeld**
Acting Assistant Attorney General, Office of Legislative Affairs

179. **Benjamin K. Grimes**
Deputy Director, Professional Responsibility Advisory Office

180. **Barry R. Grissom**
United States Attorney District of Kansas

181. **James Edward Gross**
Trial Attorney, Midwest Field Office, Antitrust Division

182. **Andrew J. Grosso**
Assistant United States Attorney, Middle District of Florida and District of Massachusetts

183. **Robert T. Grueneberg**
Assistant United States Attorney, Northern District of Illinois

184. **Anne M. Gulyassy**
Deputy General Counsel, Litigation Branch, Federal Bureau of Investigation

185. **Linda J. Gustitus**
Trial Attorney, Fraud Section, Civil Division

186. **Mark R. Haag**
Trial Attorney, Appellate Section, Environment and Natural Resources Division

187. **Ruth Hackford-Peer**
Deputy Section Chief, Securities Fraud Section

188. **Roger W. Haines, Jr.**
Chief, Appellate Section, U.S. Attorney's Office, Southern District of California

189. **Denise Cafaro Hammond**
Trial Attorney

190. **Jeffrey Hansen**
Assistant United States Attorney, Northern District of Illinois

191.  **John N. Hanson**
Trial Attorney, Civil Division

192.  **Ehteshamul Haque**
Attorney-Advisor

193.  **Michael R. Hardy**
Assistant United States Attorney

194.  **Robert W. Haviland**
Assistant United States Attorney-in-Charge, Flint, Eastern District of
Michigan

195.  **Howard Thomas Hay**
Senior Liaison Officer for Law Enforcement, Office of Policy and
Communications

196.  **Miriam Hayward**
United States Immigration Judge, Executive Office for Immigration Review

197.  **Janice E. Hebert**
Civil Chief, U.S. Attorney's Office, District of Oregon

198.  **Brook Hedge**
Director, Federal Programs Branch, Civil Division

199.  **Steven A. Herman**
Assistant Section Chief, General Litigation Section, Environment and
Natural Resources Division

200.  **Frederick G. Herold**
Assistant United States Attorney, Criminal Division, Eastern District of
Pennsylvania

201.  **Oneshia Herring**
Deputy Director, Office for Civil Rights, Office of Justice Programs

202.  **Rachel G. Hertz**
Trial Attorney, Criminal Division;
Attorney Advisor, National Security Division

203. **Judith Hetherton**
Deputy Chief, Appellate Division, U.S. Attorney's Office, District of Columbia;

204. **Michael C. Heyse**
Senior Litigation Counsel, Office of Immigration Litigation, Civil Division

205. **Robert L. Hines**
Trial Attorney, Environment and Natural Resources Division

206. **Robert L. Hobbs**
Deputy Criminal Chief, U.S. Attorney's Office, Eastern District of Texas

207. **Gerard Hogan**
Special Litigation Counsel

208. **Paul M. Honigberg**
Deputy Director, Tobacco Litigation Team, Civil Division

209. **Stephen M. Horn**
Civil Chief, U.S. Attorney's Office, Southern District of West Virginia

210. **Eric Hostetler**
Acting Assistant Section Chief, Environmental Defense Section, Environment and Natural Resources Division

211. **Carmina S. Hughes**
Supervisory Assistant United States Attorney, Chief, Priority Crimes, District of Maryland

212. **Wm. Robert Irvin**
Trial Attorney, Federal Programs Branch, Civil Division

213. **Patrick R. Jacobi**
Senior Attorney, Environmental Defense Section, Environment and Natural Resources Division

214. **Lisalyn R. Jacobs**
Acting Chief of Staff, Civil Rights Division

215. **Jon B. Jacobs**
Trial Attorney, Antitrust Division

216. **Michael H. James**
Trial Attorney, Criminal Section, Civil Rights Division

217. **Deeana Jang**
Chief, Federal Coordination and Compliance Section, Civil Rights Division

218. **Ilene Jaroslaw**
Chief, General Crimes Section, U.S. Attorney's Office, Eastern District of New York

219. **Carole Jeandheur**
Trial Attorney, Federal Programs Branch, Civil Division

220. **Cary Jennings**
Trial Attorney, Tax Division

221. **Michael Anne Johnson**
Assistant United States Attorney, Northern District of Ohio

222. **Douglas F. Johnson**
Trial Attorney, Antitrust Division

223. **Susan Power Johnston**
Assistant United States Attorney, Civil Division, Southern District of New York

224. **Kathleen M. Kahoe**
Executive Assistant United States Attorney, Eastern District of Virginia

225. **James L. Kainen**
Assistant United State Attorney, Criminal Division, Southern District of New York

226. **Mark E. Kalmansohn**
Assistant Division Chief, Trial Training, Criminal Division, U.S. Attorney's Office, Central District of California

227. **Barbara Kammerman**
Acting Director, Professional Responsibility Advisory Office

228. **Eric Kaplan**
Senior Trial Attorney, Antitrust Division

A-17

229.    **Barry J. Kaplan**
Trial Attorney, Antitrust Division

230.    **Michael E. Karam**
Senior Trial Attorney, Criminal Section, Tax Division

231.    **Glenn Katon**
Trial Attorney, Tax Division

232.    **Robert Katzberg**
Assistant United States Attorney, Eastern District of New York

233.    **Steven Kazan**
Assistant United States Attorney, Northern District of California

234.    **Jan E. Kearney**
Criminal Chief, U.S. Attorney's Office, District of Arizona

235.    **Philip Kellogg**
Assistant United States Attorney, District of Columbia

236.    **Edward F. Kelly**
Appellate Immigration Judge, Executive Office for Immigration Review, Board of Immigration Appeals

237.    **Christopher J. Kelly**
Senior Counsel to the Assistant Attorney General for Intellectual Property, Antitrust Division

238.    **Thomas J. Kelly, Jr.**
Assistant United States Attorney

239.    **Jeanne M. Kempthorne**
Chief, Public Corruption Unit, U.S. Attorney's Office, District of Massachusetts

240.    **Colleen M. Kennedy**
Senior Counsel, U.S. Attorney's Office, District of Columbia

241.    **Colleen M. Kennedy**
Senior Counsel, U.S. Attorney's Office, District of Columbia

242. **Robert W. Kent, Jr.**
Chief, Complex Fraud Section, U.S. Attorney's Office, Northern District of Illinois

243. **Robert D. Kimball**
Attorney-Advisor, Office of Intelligence, National Security Division

244. **David V. Kirby**
United States Attorney, District of Vermont

245. **J. Christopher Kohn**
Director, Commercial Litigation Branch, Civil Division

246. **George A. Kokus**
Deputy Chief, Criminal Division, U.S. Attorney's Office, Southern District of Florida

247. **John A. Kolar**
Senior Trial Attorney, Civil Division

248. **Laurie Korenbaum**
Chief, Violent Crime Unit

249. **Richard Kornfeld**
Assistant United States Attorney, Northern District of Illinois

250. **Erika Kranz**
Attorney, Environment and Natural Resources Division

251. **Matthew R. Kretzer**
Trial Attorney, Office of United States Trustee

252. **Bruce Kuhlik**
Assistant to the Solicitor General

253. **Samuel A. Kuhn**
Trial Attorney, Criminal Section, Civil Rights Division

254. **Robert B. Kurzweil**
Assistant United States Attorney-in-Charge, Camden, District of New Jersey

255. **Andrew Lachow**
Assistant United States Attorney, Southern District of New York

256. **Philip Allen Lacovara**
Deputy Solicitor General;
Counsel to the Watergate Special Prosecutor

257. **Elaine Marzetta Lacy**
Trial Attorney, Civil Division, Torts Branch;
Assistant United States Attorney, District of New Hampshire

258. **Henry LaHale**
Assistant Director, Office of Consumer Litigation

259. **Annette Lang**
Senior Counsel

260. **Elizabeth Langer**
Trial Attorney

261. **Dina Lassow**
Trial Attorney

262. **David H. Laufman**
Chief of Staff, Office of the Deputy Attorney General

263. **Jeffrey W. Lawrence**
Assistant United States Attorney

264. **Stephen P. Learned**
Assistant United States Attorney, Eastern District of Virginia

265. **Myron S. Lehtman**
Senior Trial Attorney, Civil Rights Division

266. **Michael C. Leibson**
Senior Litigation Counsel, U.S. Attorney's Office, Eastern District of
Michigan

267. **Julia Leighton**
Trial Attorney, Environmental Crimes Unit, Environment and Natural
Resources Divisio

268. **John S. Leonardo**
United States Attorney, District of Arizona

269. **Richard G. Lepley**
Assistant Director, Federal Programs Branch, Civil Division

270. **Ori Lev**
Senior Trial Counsel, Federal Programs Branch, Civil Division

271. **Harriet Beegun Leva**
Assistant United States Attorney

272. **Marc M. Levey**
Senior Trial Attorney and Special Attorney to the Attorney General

273. **Richard D. Levin**
Acting United States Attorney, District of Delaware

274. **Brant Levine**
Senior Attorney, Civil Rights Division

275. **Justin Levitt**
Deputy Assistant Attorney General, Civil Rights Division

276. **Michael Levy**
Interim United States Attorney

277. **David Raymond Lewis**
Deputy Chief of Appeals, U.S. Attorney's Office, Southern District of New York

278. **Jim Lewis**
United States Attorney, Central District of Illinois

279. **Robert Libman**
Special Litigation Counsel

280. **Sheldon N. Light**
Senior Litigation Counsel and Supervisory Assistant United States Attorney, Eastern District of Michigan

281. **Lori E. Lightfoot**
Assistant United States Attorney

282. **Lawrence Lincoln**
Supervisory Assistant United States Attorney

283. **Daniel S. Linhardt**
Chief, White Collar Fraud Unit, U.S. Attorney's Office, Eastern District of California

284. **Martin J. Littlefield**
First Assistant United States Attorney, Western District of New York

285. **Andy Liu**
Trial Attorney, Civil Rights Division

286. **Karen L. Loeffler**
United States Attorney, District of Alaska

287. **Vincent Lucas**
Special Agent, Federal Bureau of Investigation

288. **Thomas E. Luebben**
Attorney

289. **Nancy Luque**
Deputy Chief, Grand Jury Division, U.S. Attorney's Office, District of Columbia

290. **Debora G. Luther**
Assistant United States Attorney

291. **Mary C. Luxa**
Appellate Chief, U.S. Attorney's Office, Southern District of Iowa

292. **Philip H. Lynch**
Chief, Civil Division, U.S. Attorney's Office, Western District of Washington

293. **James L. Lyons**
Assistant United States Attorney

294. **Judith N. Macaluso**
Senior Trial Attorney

295. **Kathryn C. Macdonald**
Assistant Section Chief, Environment and Natural Resources Division

296. **Catherine R. Mack**
Assistant United States Attorney, District of Columbia

297. **Robert E. Maher, Jr.**
Assistant Section Chief

298. **Dana Leigh Marks**
United States Immigration Judge, Executive Office for Immigration Review

299. **David H. Marlin**
Trial Lawyer

300. **Michael D. Marrs**
Chief, Narcotics Prosecution, U.S. Attorney's Office, Northern District of Illinois

301. **Shauan I. Marshall**
Trial Attorney, Antitrust Division

302. **John R. Marti**
Acting United States Attorney, District of Minnesota

303. **John G. Martin**
Assistant United States Attorney, Eastern District of New York

304. **Jennifer Martin**
Senior Counsel, Criminal Division

305. **Robert Martinez**
Assistant United States Attorney

306. **Tracy Anagnost Martinez**
Senior Trial Attorney, Civil Trial Section, Tax Division

307. **Mary Anne Mason**
Assistant United States Attorney, Northern District of Illinois

308. **Mary Hampton Mason**
Senior Trial Counsel, Torts Branch, Civil Division

309. **Jeremy D. Mat**
Assistant United States Attorney, Central District of California

310. **Alice Mattice**
Senior Attorney

311.  **Robert McAuliffe**
Assistant Director, Civil Fraud, Civil Division

312.  **John Robert McBrien**
Special Attorney, Organized Crime and Racketeering Section

313.  **Mary McCord**
Acting Assistant Attorney General, National Security Division

314.  **Joel McElvain**
Assistant Director, Federal Programs Branch, Civil Division

315.  **Lane McFadden**
Appellate Attorney, Environment and Natural Resources Division

316.  **Thomas A. McFarland**
Chief, Civil Division, Long Island Branch, U.S. Attorney's Office, Eastern District of New York

317.  **P. Scott McGee**
Assistant United States Attorney, District of Vermont

318.  **Hope P. McGowan**
Senior Attorney-Advisor, Office of the Pardon Attorney

319.  **Ronald McNeil**
Senior Litigation Counsel, Narcotics Section, Criminal Division

320.  **Thomas K. McQueen**
Deputy Chief, Criminal Division, U.S. Attorney's Office, Northern District of Illinois

321.  **Kathleen Mehltretter**
United States Attorney, Western District of New York

322.  **A. Douglas Melamed**
Acting Assistant Attorney General, Antitrust Division

323.  **Pamela Merchant**
Senior Trial Attorney, Criminal Division

324.  **Andrew C. Mergen**
Chief, Appellate Section, Environment and Natural Resources Division

**325. Mildred E. Methvin**
Assistant United States Attorney, Western District of Louisiana

**326. Rosemary Casey Meyers**
Assistant United States Attorney, Eastern District of Missouri

**327. Todd Mikolop**
Trial Attorney, Environmental Crimes Section, Environment and Natural Resources Division

**328. Celeste Miller**
Assistant United States Attorney, District of Idaho

**329. Barry A. Miller**
Assistant United States Attorney, Northern District of Illinois; Trial Attorney, Civil Rights Division

**330. Tommy E. Miller**
Deputy Chief, Criminal Division

**331. Cynthia L. Millsaps**
Senior Litigation Counsel, Assistant United States Attorney

**332. Jeff Modisett**
Deputy Chief, Public Corruption and Government Frauds, U.S. Attorney's Office, Central District of California

**333. Peter C. Monson**
Managing Attorney, Denver Field Office, Environment and Natural Resources Division

**334. Richard Montague**
Senior Trial Counsel, Torts Branch, Civil Division

**335. Joelle Anne Moreno**
Trial Attorney, Antitrust Division

**336. Avraham C. Moskowitz**
Assistant United States Attorney, Southern District of New York

**337. Heather Moss**
Senior Attorney, Civil Rights Division

338. **Kristin R. Muenzen**
Trial Attorney, Environment and Natural Resources Division

339. **Janet Nahirny**
Trial Attorney, Antitrust Division

340. **Julius J. Nam**
Acting Director, Community Relations Service

341. **Marvin D. Nathan**
Trial Attorney, Civil Rights Division

342. **Robert Nesler**
Assistant United States Attorney, District of Oregon

343. **Reed W. Neuman**
Senior Trial Attorney, Environmental Enforcement Section, Environment and Natural Resources Division,

344. **Barry S. Neuman**
Trial Attorney

345. **Sheila Markin Nielsen**
Assistant United States Attorney

346. **Miriam M. Nisbet**
Deputy Director, Office of Information and Privacy

347. **John E. Nordin**
Assistant Chief, Civil Division, U.S. Attorney's Office, Central District of California

348. **SuzAnne C. Nyland**
Trial Attorney, Civil Division;
Assistant United States Attorney, District of Columbia

349. **Steven Pray O'Connor**
Assistant United States Attorney, Western District of Wisconsin

350. **Denise E. O'Donnell**
United States Attorney, Western District of New York

351.   **Margaret O'Malley**
Assistant General Counsel, National Security and Cyber Law Branch, Federal Bureau of Investigation

352.   **Janice Griffin O'Reilly**
Trial Attorney and Special Attorney

353.   **David Y. Olinger, Jr.**
Assistant United States Attorney, Eastern District of Kentucky

354.   **Judith E. Olingy**
Trial Attorney, Fraud Section, Criminal Division

355.   **Nancy M. Olson**
Deputy General Counsel, Civil, Antitrust Division

356.   **Lisa A. Olson**
Senior Trial Counsel, Federal Programs Branch, Civil Division

357.   **Wendy J. Olson**
United States Attorney, District of Idaho

358.   **James Orenstein**
Associate Deputy Attorney General

359.   **Carolyn S. Ostby**
Attorney-Adviser, Office of Legal Counsel

360.   **Richard C. Owens**
Associate Director, Office Of International Affairs, Criminal Division

361.   **Thomas W. Padden**
Acting Director, Organized Crime Drug Enforcement Task Forces

362.   **Dana Paikowsky**
Trial Attorney

363.   **A. Carley Palmer**
Deputy Chief, General Crimes Section, U.S. Attorney's Office, Central District of California

364.   **Catherine E. Palmer**
Senior Litigation Counsel, U.S. Attorney's Office, Eastern District of New York

365. **Shampa Panda-Bryant**
Trial Attorney, Environment and Natural Resources Division

366. **Richard Papper**
Assistant United States Attorney, Southern District of New York

367. **EF Parnell III**
Assistant United States Attorney, Western District of North Carolina

368. **Kristy Parker**
Deputy Chief, Criminal Section, Civil Rights Division

369. **Ana Partida**
United States Immigration Judge, Executive Office for Immigration Review

370. **Larry D. Patton**
United States Attorney, Western District of Oklahoma

371. **Eric N. Peffley**
Trial Attorney, Criminal Section, Civil Rights Division

372. **Steven W. Pelak**
Acting Chief, Counterespionage Section, National Security Division

373. **Nina S. Pelletier**
Assistant Inspector General, Office of the Inspector General

374. **Paul E. Pelletier**
Chief, Fraud Section, Criminal Division

375. **Stephen B. Pershing**
Senior Trial Attorney, Voting Section, Civil Rights Division

376. **Victoria Peters**
Chief, National Security Section, U.S. Attorney's Office, Northern District of Illinois

377. **Glen R. Petersen**
Assistant United States Attorney

378. **Elizabeth Ann Peterson**
Attorney, Appellate Section, Environment and Natural Resources Division

379. **Barry J. Pettinato**
United States Immigration Judge, Executive Office for Immigration Review

380. **Irving A. Pianin**
Trial Attorney, Torts Branch, Civil Division

381. **Sunny Pietrafesa**
Senior Trial Attorney

382. **Tracee Plowell-Page**
Acting Chief, Special Operations Unit, Office of Equal Opportunity, Criminal Division

383. **Jessica Polansky**
Senior Trial Attorney

384. **James F. Ponsoldt**
Senior Trial Attorney

385. **Mark A. Posner**
Special Counsel, Civil Rights Division

386. **Mary E. Pougiales**
Assistant United States Attorney

387. **Amy Powell**
Senior Trial Counsel, Federal Programs Branch, Civil Division

388. **Ann Powers**
Senior Trial Attorney, Environment and Natural Resources Division

389. **Melanie L. Proctor**
Assistant United States Attorney, Civil, Northern District of California

390. **Neil Thomas Proto**
Appellate Attorney, Environment and Natural Resources Division

391. **T. Anthony Quinn**
Deputy Chief, Special Proceedings Division, U.S. Attorney's Office, District of Columbia

392. **Susan Humes Rab**
Assistant United States Attorney;
Trial Attorney

393. **Judith Rabinowitz**
Assistant Director, Fraud Section, Civil Division

394. **Adrienne Rabinowitz**
Chief, Financial Crimes Section, U.S. Attorney's Office, Southern District of Florida

395. **Jodi B. Rafkin**
Assistant United States Attorney, Eastern District of California

396. **Laura L. Ramirez**
United States Immigration Judge, Executive Office for Immigration Review

397. **Stephen D. Ramsey**
Chief, Environmental Enforcement Section

398. **Scott E. Ray**
Deputy Chief, Major Crimes Section

399. **Charles V. Reilly**
Trial Attorney, Antitrust Division

400. **Daniel S. Reinberg**
Assistant United States Attorney, Northern District of Illinois

401. **Robert J. Reinstein**
Chief, General Litigation Section, Civil Rights Division

402. **Philip R. Reitinger**
Deputy Chief, Computer Crime and Intellectual Property Section, Criminal Division

403. **Joseph Rich**
Chief, Voting Section, Civil Rights Division

404. **Sally M. Richardson**
Assistant United States Attorney, Southern District of Florida

405. **Jennifer Ricketts**
Director, Federal Programs Branch, Civil Division

406. **Leonard Rieser**
Trial Attorney

407. **Patricia A. Riley**
Special Counsel to the United States Attorney, District of Columbia

408. **Roland Riopelle**
Assistant United States Attorney, Southern District of New York

409. **Richard J. Ritter**
Special Litigation Counsel, Civil Rights Division

410. **Rachel Roberts**
Trial Attorney, Environment and Natural Resources Division

411. **Stephen T. Robinson**
Assistant United States Attorney, Eastern District of Michigan

412. **Victor J. Rocco**
Chief, Criminal Division, U.S. Attorney's Office, Eastern District of New York

413. **Karen Rochlin**
Deputy Chief Assistant United States Attorney

414. **Janice M. Rodgers**
Director, Departmental Ethics Office, Justice Management Division

415. **Jacabed Rodriguez-Coss**
Deputy Chief, National Security and Major Crimes, U.S. Attorney's Office, District of Connecticut

416. **Susan M. Roe**
Assistant Director, National Advocacy Center;
Assistant United States Attorney

417. **Cherie L. Rogers**
Assistant Chief,  Environment Defense Section, Environment and Natural Resources Division,

418. **Barbara A. Rogers**
Senior Attorney, Environmental Enforcement Section, Environment and Natural Resources Division

419. **Martha Purcell Rogers**
Senior Trial Attorney, Criminal Section, Tax Division

420. **Catherine Banerjee Rojko**
Senior Attorney, Environment and Natural Resources Division

421. **Gerald A. Role**
Trial Attorney, Tax Division

422. **Mike Romano**
Deputy Chief, Capitol Siege Section, U.S. Attorney's Office, District of Columbia

423. **Robert Rose**
Chief, Criminal Division, U.S. Attorney's Office, Southern District of California

424. **Gregory Rosen**
Chief, Federal Major Crimes and Capitol Siege Section, U.S. Attorney's Office, District of Columbia

425. **Steven H. Rosenbaum**
Chief, Special Litigation Section, Civil Rights Division

426. **Larry Ross**
Trial Attorney, Tax Division

427. **Gene Rossi**
Supervisory Assistant United States Attorney, Eastern District of Virginia

428. **Richard A. Rossman**
Chief of Staff, Criminal Division

429. **Mark L. Rotert**
Chief, Major Crimes Section, U.S. Attorney's Office, Northern District of Illinois

430. **John Roth**
Associate Deputy Attorney General

431. **Amy Rothstein**
Assistant United States Attorney, Southern District of New York

432. **Alan Rubin**
Trial Attorney, Civil Division

433. **Charles S. Sabalos**
Assistant United States Attorney, Organized Crime Drug Enforcement Task Force, District of Arizona

434. **Laura Anne Sagolla**
Assistant United States Attorney, Eastern District of Michigan

435. **Barbara S. Sale**
Chief, Criminal Division, U.S. Attorney's Office, District of Maryland

436. **David I. Salem**
Counsel to the United States Attorney, District of Maryland

437. **Peter C. Salerno**
Deputy Chief, Civil Division, U.S. Attorney's Office, Southern District of New York,

438. **Jocelyn Samuels**
Acting Assistant Attorney General, Civil Rights Division

439. **Dianne H. Sanford**
Assistant Chief, Environmental Enforcement, Environment and Natural Resources Division

440. **Jeb C. Sanford**
Assistant Chief, Environmental Enforcement, Environment and Natural Resources Division

441. **Ashish L. Sawkar**
Supervisory Special Agent Attorney, Federal Bureau of Investigation

442. **Terri E. Schapiro**
Assistant Chief, Western Region, Tax Division

443. **Peter Schenck**
First Assistant United States Attorney, Eastern District of Pennsylvania

444. **Howard S. Scher**
Senior Counsel, Appellate Staff, Civil Division

445. **Joseph P. Schmitz**
Assistant United States Attorney,  Northern District of Ohio

446.  **Susan L. Schneider**
Senior Attorney, Environment and Natural Resources Division

447.  **Sandra Schraibman**
Assistant Director, Federal Programs Branch, Civil Division

448.  **David Schwendiman**
Interim United States Attorney, District of Utah;
Justice Attache, U.S. Embassy, Kabul (SES)

449.  **David Seide**
Assistant United States Attorney

450.  **James M. Seif**
Special Assistant to the Assistant Attorney General, Criminal Division

451.  **Randal A. Sengel**
Assistant United States Attorney

452.  **Peter M. Shane**
Attorney-Advisor, Office of Legal Counsel

453.  **Gary S. Shapiro**
First Assistant United States Attorney, Northern District of Illinois

454.  **Avner Shapiro**
Special Litigation Counsel, Special Litigation Section, Civil Rights Division

455.  **David W. Shapiro**
United States Attorney, Northern District of California

456.  **Kevin E. Sharkey**
First Assistant United States Attorney, District Of Massachusetts

457.  **Noelle Sharp**
Assistant Chief, Immigration Justice

458.  **Deborah Seymour Shefler**
Assistant United States Attorney, Civil Division, Northern District of
California;
Trial Attorney, Civil Rights Division

459.  **Patricia Sheppard**
United States Immigration Judge, Executive Office for Immigration Review

460. **Vivian Shevitz**
Chief, Appeals, U.S. Attorney's Office, Eastern District of New York

461. **Ronald Shur**
Assistant United States Attorney, Southern District of Florida

462. **Janna Sidley**
Assistant United States Attorney

463. **Steve Silverman**
Deputy Assistant Attorney General, Environment and Natural Resources Division

464. **Nancy Silverman**
Trial Attorney

465. **Samuel R. Simon**
Attorney, Appellate Section, Antitrust Division

466. **Rima Sirota**
Attorney-Advisor, Professional Responsibility Advisory Office

467. **Gregory Sisk**
Attorney, Appellate Staff, Civil Division

468. **John Sither**
Senior Attorney

469. **Jane S. Smith**
Assistant United States Attorney, Eastern District of New York

470. **Johnathan Smith**
Deputy Assistant Attorney General, Civil Rights Division

471. **David L. Smith**
Senior Counsel, Office of the Deputy Attorney General

472. **Mary Ann Snow**
Assistant United States Attorney, District of Columbia

473. **Marco S. Sonnenschein**
Attorney, Appellate Section, Tax Division

474. **Marcia K. Sowles**
Senior Trial Counsel, Federal Programs Branch, Civil Division

475. **Dayle E. Spencer**
Assistant United States Attorney

476. **Charles Spurlock**
Assistant United States Attorney

477. **Beth Sreenan**
Regional Director, Criminal Division

478. **John Stahr**
Appellate Attorney, Environment and Natural Resources Division

479. **William H. Stapleton**
Assistant Chief, Fraud Section, Criminal Division

480. **Peter R. Steenland, Jr.**
Chief, Appellate Section, Environment and Natural Resources Division

481. **Marshall D. Stein**
Assistant United States Attorney, District of Massachusetts

482. **Elizabeth Stein**
Trial Attorney, Civil Division

483. **Eileen Stein**
Trial Attorney, Civil Rights Division

484. **Robert A. Steinberg**
Senior Assistant United States Attorney, Southern District of Ohio

485. **John T. Stemplewicz**
Senior Level Trial Attorney, Civil Division

486. **Michael Stern**
Assistant United States Attorney

487. **Donald K. Stern**
United States Attorney, District of Massachusetts

488. **Marc Stickgold**
Assistant United States Attorney

489.  **Kyle Stock**
Trial Attorney, Civil Rights Division

490.  **Alan Strasser**
Chief, Felony Trial Division, U.S. Attorney's Office, District of Columbia

491.  **Pamela B. Stuart**
Assistant United States Attorney, District of Columbia;
Senior Trial Attorney, Office of International Affairs, Criminal Division

492.  **Paul E. Summit**
Assistant United States Attorney, Criminal Division, Southern District of
New York

493.  **Michael J. Surgalla, Jr.**
Trial Attorney, Criminal Division

494.  **John W. Sweeney, Jr.**
Chief, Criminal Division, U.S. Attorney's Office, Northern District of Texas

495.  **Jeannette F. Swent**
Chief, Civil Division, U.S. Attorney's Office, District of Utah

496.  **Steph Tai**
Attorney, Appellate Section, Environment and Natural Resources Division

497.  **Kate Talmor**
Senior Counsel, Federal Programs Branch, Civil Division

498.  **Barbara Colby Tanase**
Supervising Assistant United States Attorney, Branch Offices, Eastern
District of Michigan

499.  **Benjamin O. Tayloe**
Deputy Chief, Special Litigation Section, Civil Rights Division

500.  **Laura Cassidy Tayloe**
Senior Trial Attorney

501.  **Andrea R. Tebbets**
General Counsel, Tax Division

A-37

502. **David H. Tennant**
Assistant United States Attorney, Criminal Division

503. **Andrew J. Tessman**
Assistant United States Attorney, Southern District of West Virginia

504. **Robert G. Thomson**
Deputy Director, Office of Special Investigations, Criminal Division

505. **Mac Thornton**
Trial Attorney, Fraud Section, Criminal Division

506. **Jerry Threet**
Litigation Attorney, Attorney General's Honor Program, Antitrust Division

507. **Joseph W. Tirrell**
Director, Departmental Ethics Office, Justice Management Division

508. **Peter J. Toren**
Acting Deputy Chief, Computer Crime and Intellectual Property Section, Criminal Division

509. **John A. Townsend**
Trial Attorney, Tax Division

510. **Martha J. Trammell**
Assistant United States Attorney

511. **Barry J. Trilling**
Senior Trial Attorney, Environment and Natural Resources Division; Assistant United States Attorney, Civil Division, Central District of California

512. **Rebecca K. Troth**
Counsel to the Attorney General

513. **Elizabeth Tulis**
Assistant Director, Federal Programs Branch, Civil Division

514. **David S. Turetsky**
Deputy Assistant Attorney General, Antitrust Division

515. **Richard S. Ugelow**
Deputy Section Chief

516. **Thomas Umberg**
Assistant United States Attorney

517. **Christopher S. Vaden**
Deputy Chief, Environmental Defense Section, Environment and Natural Resources Division

518. **John W. Vaudreuil**
United States Attorney, Western District of Wisconsin

519. **Kirk Victor**
Trial Attorney

520. **Bohdan Vitvitsky**
Assistant United States Attorney, District of New Jersey

521. **Mark J. Vogel**
Trial Attorney

522. **David Wade**
Trial Attorney

523. **Mark C. Walters**
Senior Counsel for National Security, Office of Immigration Litigation, Civil Division

524. **Karen I. Ward**
Assistant United States Attorney

525. **Christine A. Wardell**
Staff Attorney, Antitrust Division

526. **John Warshawsky**
Senior Trial Counsel, Civil Division

527. **William A. Weinischke**
Senior Attorney

528. **Carlotta P. Wells**
Assistant Director, Federal Programs Branch, Civil Division

529. **Michael M. Wenig**
Attorney, Environmental Defense Section, Environment and Natural Resources Division

530. **Mark R. Werder**
Chief, Civil Division, U.S. Attorney's Office, Eastern District of Michigan

531. **Leslie J. Westphal**
Chief, Asset Forfeiture Unit

532. **David H. White**
Trial Attorney, Civil Division

533. **Howard Wiener**
Assistant United States Attorney, District of New Jersey

534. **K. Craig Wildfang**
Special Counsel to the Assistant Attorney General for Antitrust

535. **J. Carol Williams**
Assistant Section Chief, Appellate Section, Environment Division

536. **Edwin A. Williams**
Assistant United States Attorney

537. **Katherine Winfree**
Chief, Public Corruption Section, U.S. Attorney's Office, District of Columbia

538. **Sara Winslow**
Chief, Civil Division, U.S. Attorney's Office, Northern District of California

539. **Marty Woelfle**
Senior Trial Attorney, Environmental Crimes Section, Environment and Natural Resources Division

540. **Paul J. Wogaman**
Trial Attorney, Civil Division

541. **David B. Wolf**
Attorney-Advisor, Office of Legislation and Policy

542. **Caroline L. Wolverton**
Senior Trial Attorney, Federal Programs Branch, Civil Division

543. **Burke M. Wong**
Attorney-Advisor, National Security Division, Counterintelligence Section

544. **Elizabeth S. Woodruff**
Attorney, Commericial Litigation Branch, Civil Division

545. **James C. Woods**
Assistant United States Attorney

546. **Beverly Wright**
Supervisory Special Agent, National Security Division, Federal Bureau of Investigation

547. **Henry G. Wykowski**
Assistant United States Attorney, Northern District of California;
Trial Attorney, Criminal Section, Tax Division

548. **John B. Wyss**
Trial Attorney, Appellate Section, Antitrust Division

549. **Bruce Yannett**
Assistant United States Attorney

550. **Stacey Young**
Senior Litigation Counsel, Civil Rights Division

551. **Katherine L. Zebell**
Deputy Director, Office of Tribal Justice

552. **Peter R. Zeidenberg**
Trial Attorney, Public Integrity Section

553. **Thomas E. Zeno**
Executive Assistant United States Attorney for Operations, District of Columbia

554. **James T. Zuba**
Assistant United States Attorney