**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON P. FOX III, *et al.*,<br><br>Defendants. | No. 1:26-cv-1658-RJL |

**NOTICE OF CONSENT TO JEFFREY BOSSERT CLARK'S**
**MOTION TO FILE BRIEF AS AMICUS CURIAE**

All Defendants hereby provide notice of consent to Jeffrey Bossert Clark's Motion to File Brief As Amicus Curiae (Doc. 43). Clark's motion states that his counsel requested consent from all parties on August 20, and that only counsel for the District of Columbia responded, providing consent. Doc. 43, at 1. But the email from counsel for the District of Columbia stated that *Defendants* (plural) consent, copied counsel for all Defendants, and was meant to communicate all Defendants' consent.

Date: August 25, 2026

Respectfully submitted,

/s/ Elizabeth B. Prelogar
ELIZABETH B. PRELOGAR [1011890]
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

*Counsel for Anna Blackburne-Rigsby, in her official capacity as Chief Judge of the District of Columbia Court of Appeals; and the District of Columbia Court of Appeals*

/s/ Sydney Foster
SYDNEY FOSTER [982340]
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, DC 20006
(202) 521-8764
sfoster@washingtonlitigationgroup.org

*Counsel for Hamilton P. Fox III, in his official capacity as District of Columbia Disciplinary Counsel; Theodore (Jack) Metzler, in his official capacity as District of Columbia Assistant Disciplinary Counsel; and the D.C. Office of Disciplinary Counsel*

*/s/ Benjamin C. Mizer*
BENJAMIN C. MIZER [204906]
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
benjamin.mizer@arnoldporter.com

*Counsel for Robert L. Walker, in his official capacity as Chair of the Board on Professional Responsibility; and the Board on Professional Responsibility*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Mitchell P. Reich*
MITCHELL P. REICH [1044671]
Senior Counsel to the Attorney General
400 6th Street, NW
Washington, DC 20001
(202) 279-1261
mitchell.reich@dc.gov

*Counsel for the District of Columbia*