AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
*Plaintiff*
v.
Hamilton P. Fox III et al.
*Defendant*

Case No. 1:26-cv-01658-RJL

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

District of Columbia .

Date: 08/26/2026

/s/ Karthik P. Reddy
*Attorney's signature*

Karthik Pottipati Reddy (1048848)
*Printed name and bar number*

400 6th Street NW
Washington, DC 20001
*Address*

karthik.reddy@dc.gov
*E-mail address*

(202) 727-3400
*Telephone number*

(202) 347-8922
*FAX number*