**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HAMILTON P. FOX III, *et al.*,**<br><br>**Defendants.** | **No. 1:26-cv-01658-RJL** |

**BOARD DEFENDANTS' NOTICE OF SUBSTITUTION OF PARTIES**

Pursuant to Federal Rule of Civil Procedure 25(d), Defendants the Board on Professional Responsibility ("Board") and Robert L. Walker, in his official capacity as Chair of the Board on Professional Responsibility (together, the "Board Defendants"), hereby notify the Court and all parties that Mr. Walker has completed his service as Chair and is no longer a member of the Board. The Chair of the Board is now Margaret M. Cassidy. The Board Defendants respectfully request that the caption in this matter be updated accordingly.

Date: September 11, 2026

Respectfully submitted,

*/s/ Benjamin C. Mizer*

BENJAMIN C. MIZER [204906]
Samuel I. Ferenc [1616595]
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
Phone: (202) 942-5000
Email: benjamin.mizer@arnoldporter.com

*Counsel for Margaret M. Cassidy, in her official capacity as Chair of the Board on Professional Responsibility; and the Board on Professional Responsibility*